**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **ANTHONY ALVAREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:25-cv-02281-KHV-JBW** |
| | ) | |
| **EMILY CHELLGREN** in her individual | ) | |
| Capacity, | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF APPEAL</u>**

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that

Defendant Emily Chellgren appeals to the United States Court of Appeals for the Tenth Circuit

from the District Court's Memorandum and Order [Doc. 39] entered in this action on March 18,

2026.

Dated:  March 31, 2026

Respectfully submitted,

/s/ Derek T. Teeter

DEREK T. TEETER        KS BAR NO. 23242
MICHAEL T. RAUPP        KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main St., Suite 1000
Kansas City, MO  64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2026, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Derek T. Teeter
Attorney for Defendant

2